UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-00879-MAG |
|---|---|
| RAMA CONSTRUCTION, LLC, | CHAPTER 7 |
| Debtor. | |

REPORT OF TRUSTEE UNDER FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3011

TO THE HONORABLE COURT:

COMES NOW, NOREEN WISCOVITCH-RENTAS, the Chapter 7 trustee in this case, and respectfully states, alleges, and pays:

1. The Trustee of the above estate, reports that the below listed checks(s) has (have) not been cashed by the bank upon which drawn. Over (90) days have lapsed since its issuance. Further, the Check was returned to the Trustee, indicating that the LLC was no longer operating. It is the Shareholder's responsibility to comply with State Corporate Laws in reopening the corporation and taking the necessary steps to administer its assets.

| Claim No. | Name | Amount |
|---|---|---|
| 20 | Desarrollos OPE, LLC<br>Paseo Trebol H-7<br>Urb. Jardines de Ponce<br>Ponce, PR 00730-1851 | Check No. 5049<br>$11,798.05 |

Accordingly, by Check No. 5053 in the amount of $11,798.05, the Trustee hereby consigns the funds to the Clerk of the Court, in Compliance with the provisions of 11 U.S.C. Section 347(a).

WHEREFORE, said Trustee prays the Court to take notice of the above.

RESPECTFULLY SUBMITTED, this 31st day of August, 2022.

1

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to by U.S. First Class Mail to the following this same day:

Desarrollos OPE, LLC
Paseo Trebol H-7
Urb. Jardines de Ponce
Ponce, PR 00730-1851

/s Noreen Wiscovitch-Rentas
NOREEN WISCOVITCH RENTAS
Chapter 7 Trustee
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel: (787) 946-0132
noreen@nwr-law.com

2